IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>v.<br><br>JORGE LUIS LUGO PAGAN<br>Defendant | CIVIL NO.: 98-273(PG) |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE COURT:

COMES NOW the undersigned counsel and very respectfully prays and states as follows:

1. Defendant's family has retained the undersigned counsel to address a pending matter regarding defendant's sentence in this case.

**IN VIEW OF THE FOREGOING**, we hereby request this motion be granted and that we be allowed to appear on behalf of defendant.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY**, that on this date, March 1, 2005, I have filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

AUSA Carlos Martínez, carlos.martinez@usdoj.gov

In San Juan, Puerto Rico, on March 1, 2005.

<u>S/ Marlene Aponte Cabrera</u>
MARLENE APONTE CABRERA, ESQ.
USDCPR 208603
MSC 128
SIERRA MORENA 271
LAS CUMBRES
SAN JUAN, PUERTO RICO 00926
TEL. (787)281-8488
firebug@prtc.net