AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 1

ENTERED ON DOCKET
3/20/02
PURSUANT TO FRAP 4(b)

# UNITED STATES DISTRICT COURT

__JUDICIAL__ District of __PUERTO RICO__

UNITED STATES OF AMERICA
V.
JORGE LUIS LUGO-PAGAN, a/k/a "Chino"

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: 98-CR-273-04(PG)

Mariangela Tirado-Vales, Esq.
Defendant's Attorney

**THE DEFENDANT:**

- [X] pleaded guilty to count(s)  One and Two on May 4, 1999
- [ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
- [ ] was found guilty on count(s) _____ after a plea of not guilty.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18:1951 and 2 | Aid and abet: Interference with commerce by threats or violence | August 20, 1998 | One (1) |
| 18:924(c)(1) and 2 | Aid and abet: Use of a firearm during and in relation to a crime of violence. | August 20, 1998 | Two (2) |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- [ ] The defendant has been found not guilty on count(s) _____

Count(s) _____ is   are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec.: 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
Defendant's Date of Birth: 11-08-76
Defendant's USM No.: 17843-069
Defendant's Residence Address:
Barrio Contorno, Sector Ceilito
Toa Alta, Puerto Rico 00953

Defendant's Mailing Address:
Same as above

March 8, 2002
Date of Imposition of Judgment

Signature of Judicial Officer

JUAN M. PEREZ-GIMENEZ, U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

March 8, 2002
Date

3-15-02
A/cs: 2 USM, 1 MDC
S/es: USM, USPO, PTSO, FC

AO 245B  (Rev. 3/01) Judgment in a Criminal Case
Sheet 1A