ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
SALA DE BAYAMÓN
SALON 606

| | |
|---|---|
| EL PUEBLO DE PUERTO RICO<br><br>Vs<br><br>JOGE LUGO PAGAN<br><br>(Acusado) | CRIM. NUM. D VI1999G0210<br><br>POR: ART. 83 CP (EN SEGUNDO GRADO) |

# RESOLUCION

Examinada la "MOCION", radicada por el Sr. Jorge Lugo Pagán el día 21 de marzo de 2003. Este Tribunal determina lo siguiente:

"A la Moción Solicitando Enmienda a la Sentencia, NO HA LUGAR.

Correspondía al Juez Federal quien dictó sentencia en el 2002, disponer si era concurrente o consecutiva con la sentencia estatal impuesta el día 4 de noviembre de 1999".

NOTIFIQUESE:

En Bayamón, Puerto Rico a 31 de marzo de 2003.

MANUEL BRAVO GATELL
JUEZ SUPERIOR

CERTIFICO haber notificado esta ORDEN con copia fiel y exacta a la Hon. Fiscal de Distrito, Fiscalía de Bayamón y al **Sr. Jorge Lugo Pagán**, a su dirección indicada, habiendo en esta fecha archivado en autos copia de esta notificación.

En Bayamón, Puerto Rico a ____ de _____ de _____.

LIC. CARMEN TORRES CAMACHO
SECRETARIA GENERAL

Por: _____
Secretaria Auxiliar