Nombre buscado: **LUGO PAGAN, JORGE**

### Resultados por Demandante

| Demandante | | Demandado | Región | Número de caso |
|---|---|---|---|---|
| LUGO PAGAN, JORGE | vs. | ADMINISTRACION DE CORRECCIO | BAYAMON | D PE2005-0081 |
| LUGO PAGAN, JOSE R. | vs. | MUNICIPIO AUTONOMO DE PONCE | PONCE | J AC1997-0609 |

### Resultados por Demandado

| Demandante | | Demandado | Región | Número de caso |
|---|---|---|---|---|
| MARTINEZ COTTO, QUIVIA MICH | vs. | LUGO PAGAN, JORGE LUIS | BAYAMON | D CU2004-0135 |
| D DE SERVICIOS SOCIALES | vs. | LUGO PAGAN, JOSE LUIS | MAYAGUEZ | I AL1992-1362 |
| RELIABLE FINANCIAL SERVICES, INC. | vs. | LUGO RUIZ, JORGE | AGUADILLA | A2CI200300248 |

### Resultados por Acusado

| Demandante | | Acusado | Región | Número de caso |
|---|---|---|---|---|
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D VI1999G0216 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D VI1999G0213 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D VI1999G0210 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D PD1999G1424 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D LA1999G0740 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D LA1999G0737 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D LA1999G0734 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D LA1999G0731 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D LA1999G0728 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D LA1999G0725 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D LA1999G0722 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D LA1999G0719 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D LA1999G0716 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D LA1999G0713 |

... más casos de LUGO PAGAN, JORGE

| Demandante | | Acusado | Región | Número de caso |
|---|---|---|---|---|
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D LA1999G0713 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO PAGAN, JORGE | BAYAMON | D LA1999G0710 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO RENTAS, JORGE | PONCE | J1TR200300307 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO RODRIGUEZ, JORGE | MAYAGUEZ | I1CR200100339 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO RODRIGUEZ, JORGE | MAYAGUEZ | I1CR200100340 |
| EL PUEBLO DE PUERTO RICO | vs. | LUGO RODRIGUEZ, JORGE | MAYAGUEZ | I1CR200100341 |

### Resultados por Otras partes

| Nombre | Tipo de participación | Región | Número de caso |
|---|---|---|---|
| LUGO PAGAN, JORGE | DEMANDANTE | BAYAMON | D PE2005-0081 |
| LUGO PAGAN, JOSE A. | CO-DEMANDADO | CAROLINA | F LA1993M0347 |
| LUGO QUINTERO, JORGE | TESTIGO DE CARGO | CAGUAS | E1VP200002405 |
| LUGO RAMIREZ, JORGE | PETICIONARIO | MAYAGUEZ | I4CI200200542 |

... más casos con nombres similares a **LUGO PAGAN, JORGE**

Nota: La información suministrada es solamente para fines de orientación
y no sustituye las comunicaciones oficiales del Tribunal General de Justicia.

Imprimir | Hacer otra búsqueda