IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Vs.<br><br>JORGE LUGO PAGAN<br>Defendant | Criminal no. 98-273-04 (JPG) |

**MOTION PRO-SE SEEKING A CONSIDERATION FROM THIS HONORABLE COURT TO ALLOW THE FEDERAL SENTENCE OF THE ABOVE DEFENDANT, CONCURRENT WITH THE STATE SENTENCE OF THE DEFENDANT.**

---

TO THE HONORABLE JUAN PEREZ GIMENEZ UNITED STATES DISRTICT FOR PUERTO RICO

**COMES NOW,** The above captioned defendant pro-se and moves this Honorable court as follows:

1) The captions defendant in this case was sentence to 60 months of imprisonment pursuant to a motion under section 5.k.1.1 of the u.s. sentencing commissioned guidelines manual. This sentence was issued on March 8, 2002.

2) The defendant was sentence to to served 264 months of imprisonment, at the STATE level on February 29, 2000.

3) On the day of the sentencing hearing, the councel for the defendant (Mariangela Tirado Vales, Esq.) made a request, to the Honorable Judge Juan Perez Gimenez to have the defendant's federal sentence concurrent with defendant's sentence at the state level.

4) The defendant received a copy of the judgement on this criminal case and that request does not appear on the document. The councelor for the defendant, advised him that the Honorable Judge had denied the request and that's why the defendant is respectfully requesting that this Honorable court **re-consider** it's prior decision and grant defendent's petition to have both Federal and State sentence concurrent.

Exhibit 1

CONT. Page 2
JORGE LUGO PAGAN
CRINIMAL NO. 98-273-04 (JPG)

      Wherefore, the defendant respectfully request from this Honorable Court to give a re-consideration to defendant's petition, of having his Federal sentence concurrent with his sentence at the State level and that the Honorable Court order that,

    A) a copy of Judgement be served to the Bureau of Prisons Administration,

    B) and to send a copy to the defendant and the U.S. Marshalls.

Respectfully,

*Jorge J. Lugo Pagan*

JORGE LUGO PAGAN
REG. NUM. 17843-069
FEDERAL CORRECTIONAL
INSTITUTION MIAMI
P.O. BOX 779800
MIAMI, FLORIDA 33177